UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Case No. 4:21-cv-00550-O

| | |
|---|---|
| **NICOLE WILLIAMSON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>**IRVING K MOTOR COMPANY LLC D/B/A CLAY COOLEY KIA,**<br><br>*Defendant*. | **CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Nicole Williamson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed **without** prejudice.

Dated: June 4, 2021

                                         Respectfully submitted,

                                         */s/ Ignacio J. Hiraldo*
                                         Ignacio J. Hiraldo
                                         *Pro Hac Vice*
                                         **IJH Law**
                                         Florida Bar No. 0056031
                                         1200 Brickell Ave Suite 1950
                                         Miami, FL 33131
                                         Email: ijhiraldo@ijhlaw.com
                                         Telephone: 786.496.4469

                                         Counsel for Plaintiff